1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
6    Telephone: 415.436.6857
     Facsimile:  415.436.6748
7    Email: patricia.kenney@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. ~~C 04-0541 MHP~~ C 04-5401 MHP |
| Plaintiff, ) | |
| v. ) | ORDER LIFTING THE STAY |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 941 EAST HIGHWAY 20, UPPER LAKE, CA, AND 975 EAST HIGHWAY 20, UPPER LAKE, CA, ET AL., ) | IN NOS. ~~C 04-0541~~ C 04-5401 AND C 05-00897 |
| Defendants. ) | |
| CHARLES E. LEPP AND LINDA SENTI, ) | |
| Claimants. ) | |
| UNITED STATES OF AMERICA, ) | No. C 05-00897 MHP |
| Plaintiff, ) | |
| v. ) | ORDER LIFTING THE STAY |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 9175 and 9176 UPPER LAKE LUCERNE ROAD, UPPER LAKE, CA, ) | IN NOS. ~~C 04-0541~~ C 04-5401 AND C 05-00897 |
| Defendants. ) | |
| CHARLES E. LEPP AND LINDA SENTI, ) | |
| Claimants. ) | |

1
2          UPON CONSIDERATION of the motion for administrative relief filed by the
3   United States pursuant to Civil Local Rule 7-11 to lift the stay in the two, above-captioned civil
                   C 04-5401
4   forfeiture actions, ~~C 04-0541~~ and C 05-0897, and the entire record, it is by the Court on this
5   __20th__ day of July 2006,
                                                                      C 04-5401
6          ORDERED that the stay is lifted in the two civil forfeiture actions, ~~C 04-0541~~ and
7   C 05-0897.



IT IS SO ORDERED

Judge Marilyn H. Patel

Order Lifting Stay
No. C 04-5401 MHP
No. C 05-0897 MHP