JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-0897 MHP |
|           Plaintiff, ) | |
| v. ) | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 9175 and 9176 UPPER LAKE LUCERNE ROAD, UPPER LAKE, CALIFORNIA, ) | ORDER DISMISSING THIS ACTION |
|           Defendants. ) | |
| CHARLES EDWARD LEPP, LINDA SENTI AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ) | |
|           Claimants. ) | |

1    UPON CONSIDERATION of the government's motion to voluntarily dismiss this case
2  pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, the entire record and for good cause
3  shown, it is by the Court on this 27th day of March , 2008,
4    ORDERED that the instant case be, and hereby is, DISMISSED WITHOUT PREJUDICE
5  with the United States and claimant Lepp each to bear its or his own costs and attorneys' fees,
6  and with claimant Mortgage Electronic Registration Systems, Inc., to bear its own costs and
7  attorneys' fees as against the United States.

_____
HONORABLE MARILYN H. PATEL

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Order Dismissing This Action
No. 05-0897 MHP                    2